01
02
03
04
05
06
07                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09 CHRISTOPHER HANSEN,                    )
                                          )  CASE NO. C12-1657-MAT
10      Plaintiff,                        )
                                          )
11      v.                                )
                                          )  ORDER GRANTING MOTION FOR
12 F/V SPICY LADY, O.N. 98982857, HER     )  LEAVE TO AMEND
   ENGINES, MACHINERY,                    )
13 APPURTENANCES, ETC., in rem, et al.,   )
                                          )
14      Defendants.                       )
   _____)
15

16      Plaintiff Christopher Hansen seeks leave to amend his complaint.  (Dkt. 13.)

17 Specifically, plaintiff seeks to include Collin B. Martens (hereinafter "Collin, Jr.") and Collin

18 L. Martens (hereinafter "Collin, Sr.") as defendants, rather than "Collin Martens," as now

19 named in the complaint.  (*Id*.)  Plaintiff premises his motion on a belief that both Collin, Jr.

20 and Collin, Sr. served as employers and owners of a vessel subject to suit in this admiralty

21 action.  (*See* Dkts. 13, 18 & 19 (including declaration of plaintiff).)  Defendants oppose the

22 motion as futile, contending Collin, Jr. was neither an employer nor vessel owner and,

ORDER GRANTING MOTION
FOR LEAVE TO AMEND
PAGE -1

01 therefore, is not subject to suit.   (Dkts. 15 & 16 (including declaration of Collin, Sr.).)

02      Federal Rule of Civil Procedure 15 provides that "leave [to amend a pleading] shall be
03 freely given when justice so requires."   Fed. R. Civ. P. 15 (a).   Leave to amend may be denied
04 where there is undue delay, bad faith or dilatory motive, undue prejudice to the opposing party,
05 or when the amendment would be futile.   *See Foman v. Davis*, 371 U.S. 178, 182 (1962).

06      In this case, the Court does not find a sufficient basis for denying the motion to amend.
07 As suggested by plaintiff, the arguments raised by the parties appear to present a dispute of fact.
08 While defendants may seek dismissal of Collin, Jr. as a defendant for the reasons set forth in
09 their opposition, the Court finds a ruling on the issue premature at this time.

10      Accordingly, for the reason set forth above, plaintiff's motion for leave to amend (Dkt.
11 13) is GRANTED.   The Clerk is directed to send a copy of this Order to the parties.

12      DATED this 28th day of March, 2013.

                                                 [signature]
                                                 Mary Alice Theiler
                                                 United States Magistrate Judge

ORDER GRANTING MOTION
FOR LEAVE TO AMEND
PAGE -2